FILED: March 18, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4147
(3:99-cr-00042-GMG-RWT-3)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

TERRY LEE SHIFFLETT

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Martinsburg |
| Originating Case Number | 3:99-cr-00042-GMG-RWT-3 |
| Date notice of appeal filed in originating court: | 03/16/2016 |
| Appellant | Terry Lee Shifflett |
| Appellate Case Number | 16-4147 |
| Case Manager | Barbara H. Rowe<br>804-916-2704 |